WILLIAM R. TAMAYO (CA Bar No. 084965)
JONATHAN T. PECK (VA Bar No. 12303)
CINDY O'HARA (CA Bar No. 114555)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105
Telephone No. (415) 625-5653
Facsimile No. (415) 625-5657

Attorneys for Plaintiff
Equal Employment Opportunity Commission

*E-FILED 11/27/06*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**HAMMON PLATING CORPORATION,**<br><br>Defendant. | Case No. C-06-06140 RS<br><br>**STIPULATION TO MOVE DATE OF HEARING ON MOTION; ORDER** |

## STIPULATION

The parties to the above-captioned matter, by and through their attorneys of record, hereby stipulate that whereas Plaintiff Equal Employment Opportunity Commission (EEOC) has requested of Defendant Hammon Plating Corporation (Hammon Plating) that the date set for Defendant Hammon Plating's "Motion to Dismiss; or in the Alternative, to Stay" be continued from December 20, 2006 at 9:30 a.m. to January 3, 2007 at 9:30 a.m., and whereas Defendant Hammon Plating does not object to said continuance, and has agreed to the January 3, 2007 hearing date, the parties agree to a continuance of the hearing date from December 20, 2006 to January 3, 2007. The parties recognize the provisions of Northern District of California Local Rule 7-7(d), which provides that the dates for opposition and reply papers will be moved to

1  21 and 14 days, respectively, prior to the new hearing date.

2  <u>E-filing concurrence:</u> I, Cindy O'Hara, counsel for Plaintiff EEOC, certify that I
3  have obtained the concurrence of Christopher Cobey, counsel for Defendant Hammon
4  Plating, for the filing of this continuance.

6  Dated:      November 22, 2006                    Dated:      November 22, 2006
7  EQUAL EMPLOYMENT                                 LITTLER MENDELSON
   OPPORTUNITY COMMISSION
8
   _____/S/Cindy O'Hara_____                    _____/S/Christopher E. Cobey_____
9
   Attorney for Plaintiff EEOC
10                                                  Attorney for Defendant Hammon
                                                    Plating Corporation
11

12                                    **<u>ORDER</u>**

13      IT IS SO ORDERED.  Hearing on Defendant Hammon Plating's "Motion to
14  Dismiss; or in the Alternative, to Stay" is continued from December 20, 2006 at 9:30 a.m.
15  to January 3, 2007 at 9:30 a.m.

16          November 27, 2006
17  Dated:_____              _____
18                                             United States Magistrate Judge

STIPULATION TO MOVE DATE OF HEARING ON MOTION; ORDER                           Page 2