CHRISTOPHER E. COBEY, Bar No. 060821
NORA R. CULVER, Bar No. 240098
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 14th Floor
San Jose, CA  95113.2303
Telephone:    408.998.4150
Facsimile:     408.288.5686
ccobey@littler.com
nculver@littler.com

WILLIAM R. RAPOPORT, Bar No. 047086
LAW OFFICES OF WILLIAM R. RAPOPORT
643 Bair Island Road, Suite 400
Redwood City, CA 94063
Telephone:    650.340-7107
Facsimile:     650.572.1857
williamrapoport@yahoo.com

Attorneys for Defendant
HAMMON PLATING CORPORATION

*E-FILED 2/28/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HAMMON PLATING CORPORATION, a California Corporation,<br><br>　　　　　Defendant. | Case No.  C06-6140 RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE (L.R. 16-10(c))** |

　　　　　The parties, by their attorneys of record, represent as follows:

　　　　　1.　　In its January 3, 2007, civil minute order, the Court directed that this case be mediated, and directed counsel to meet and confer and report back to the Court by January 10 on an ADR process.

　　　　　2.　　On January 10, 2007, counsel reported to the Court by letter that they had

CASE NO. C06-6140 RS

**STIPULATION AND [PROPOSED] ORDER CONTINUING CMC**

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA  95113.2303
408.998.4150

1 agreed to use the District's ADR program, and had agreed upon five mediator candidates.

2. 3. By this Court's January 22, 2007, order denying the Defendant's motion to dismiss or, in the alternative, to stay this action, the Court directed the parties "to engage in mediation under the District's ADR program as promptly as is practicable" (Order, 3:3).

4. By a January 25, 2007, "Notice of Appointment of Mediator," the parties were advised that Jessica M. Notini had been assigned as the mediator for this action.

5. Counsel for the parties have conferred by telephone and e-mail with assigned mediator Notini concerning dates for the mediation of this case.

6. Counsel and the mediator have had difficulty in finding a mutually available mediation date, before the existing mediation deadline set in this case, on which all counsel and the client's representatives can be present.

7. Counsel for the parties have not yet been able to engage in the full exchange of information in preparation for the mediation.

8. Counsel for the Defendant represents that the representative of the corporate Defendant will be unavailable to attend a mediation beginning April 6 through April 22, 2007.

9. The parties agree that in the interests of having a productive Case Management Conference, the Case Management Conference should best be held after the mediation has taken place. (Moreover, a successful mediated settlement would obviate the need for a further Case Management Conference).

Based on the foregoing representations, the parties, by their attorneys of record, stipulate, pursuant to Civil Local Rule 16-10(c), to request jointly that the Case Management Conference presently set for Wednesday, March 7, 2007, at 2:30 p.m. be continued to Wednesday, June 6, 2007, at 2:30 p.m.

This stipulation may be signed in counterparts.

//
//

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

2.   CASE NO. C06-6140 RS

**STIPULATION AND [PROPOSED] ORDERCONTINUING CMC**

IT IS SO STIPULATED:

Dated: February 28, 2007

\_\_\_/S/_____
CHRISTOPHER E. COBEY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
HAMMON PLATING CORPORATION

Dated: February 28, 2007

\_\_\_/S/_____
WILLIAM R. RAPOPORT
LAW OFFICES OF WILLIAM R. RAPOPORT
Attorney for Defendant
HAMMON PLATING CORPORATION

Dated: February 28, 2007

\_\_\_/S/_____
CINDY O'HARA
Attorney for Plaintiff EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**ORDER**

Based on the foregoing stipulation, IT IS ORDERED that the Case Management Conference presently set for Wednesday, March 7, 2007, at 2:30 p.m. is continued to Wednesday, June 6, 2007, at 2:30 p.m.

Dated: February 28, 2007

_____
THE HONORABLE RICHARD SEEBORG

Firmwide:82044962.4 051714.1001

3.   CASE NO. C06-6140 RS
**STIPULATION AND [PROPOSED] ORDER CONTINUING CMC**
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150