1  WILLIAM R. TAMAYO (CA Bar No. 084965)
   JONATHAN T. PECK (VA Bar No. 12303)
2  CINDY O'HARA (CA Bar No. 114555)
   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
3  San Francisco District Office
   350 The Embarcadero, Suite 500
4  San Francisco, CA 94105
   Telephone No. (415) 625-5653         *E-FILED 6/5/07*
5  Facsimile No. (415) 625-5657

6  Attorneys for Plaintiff
   Equal Employment Opportunity Commission
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN  DISTRICT OF CALIFORNIA
10

11 **EQUAL EMPLOYMENT OPPORTUNITY**      ) Case No. C-06-06140 RS
   **COMMISSION,**                       )
12                                       ) **SECOND STIPULATION AND**
                                         ) [proposed] **ORDER TO CONTINUE**
13              Plaintiff,               ) **CASE MANAGEMENT**
                                         ) **CONFERENCE AND MEDIATION**
14 v.                                    )
                                         )
15                                       )
   **HAMMON PLATING CORPORATION,**       )
16                                       )
                Defendant.               )
17 _____)

18       The parties to this action, by and through their attorneys of record, hereby agree that:

19       Whereas the parties have agreed, and the Court has ordered, on January 22, 2007, that the

20 parties would engage in mediation through the Northern District of California's ADR program;

21 and

22       Whereas the parties have agreed to mediation with Northern District of California

23 mediator Jessica Notini; and

24       Whereas the first date upon which the mediator, counsel for the parties, and party

25 representatives were all available for said mediation was and is June 29, 2007, and the mediation

26 has thus been scheduled for that date;

27       THE PARTIES HEREBY STIPULATE AND REQUEST that the case management

28 conference, currently scheduled for June 13, 2007 at 2:30 p.m. (by Clerk's Notice of May 17,

2007), be continued to July 25, 2007 at 2:30 p.m., so that the parties will have the opportunity to complete their June 29, 2007 mediation prior to the case management conference.

In addition, the parties request that the date for completion of mediation be set for July 5, 2007, to allow the parties to complete mediation and for the mediator to make her report.

There has been one prior request by the parties to continue the case management conference, from March 7, 2007 to June 6, 2007, which was granted.

IT IS SO STIPULATED.

<u>E-filing Concurrence</u>:  I, Cindy O'Hara, certify that I have obtained the concurrence of Christopher E. Cobey, counsel for Defendant Hammon Plating Corporation, for the filing of this stipulation.

Dated: June 5, 2007

    /S/
CHRISTOPHER E. COBEY
LITTLER MENDELSON
Attorneys for Defendant
HAMMON PLATING CORPORATION

Dated: June 5, 2007

    /S/
WILLIAM R. RAPOPORT
LAW OFFICES OF WILLIAM R. RAPOPORT
Attorney for Defendant
HAMMON PLATING CORPORATION

Dated: June 5, 2007

    /S/
CINDY O'HARA
Attorney for Plaintiff EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**ORDER**

Based on the foregoing stipulation, IT IS ORDERED that the Case Management Conference presently set for Wednesday, June 13, 2007, at 2:30 p.m. is continued to Wednesday, July 25, 2007, at 2:30 p.m., and that the date for completion of mediation be set for July 5, 2007.

Dated: June 5, 2007

U.S. MAGISTRATE JUDGE RICHARD SEEBORG