CHRISTOPHER E. COBEY, Bar No. 060821
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 14th Floor
San Jose, CA 95113.2303
Telephone:  408.998.4150
Facsimile:  408.288.5686
ccobey@littler.com
nculver@littler.com

WILLIAM R. RAPOPORT, Bar No. 047086
LAW OFFICES OF WILLIAM R. RAPOPORT
643 Bair Island Road, Suite 400
Redwood City, CA 94063
Telephone:  650.340-7107
Facsimile:  650.572.1857
williamrapoport@yahoo.com

*E-FILED 9/19/07*

Attorneys for Defendant
HAMMON PLATING CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>HAMMON PLATING CORPORATION, a California Corporation,<br><br>Defendant. | Case No.  C06-6140 RS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE (L.R. 16-10(c))** |

The parties, by their attorneys of record, represent as follows:

On June 29, 2007, the parties to this matter participated in mediation, pursuant to the ADR program of the Northern District of California. At said mediation, the parties succeeded in reaching agreement on the terms of a settlement of this matter, including a consent decree to be lodged with the Court.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

CASE NO. C06-6140 RS

SECOND STIPULATION AND [PROPOSED] ORDER CONTINUING CMC

1  Although the parties have substantially agreed to the terms of the consent decree, including both the monetary and injunctive relief, the parties have not yet finalized the documents to submit to the Court.

The parties, through their counsel of record, hereby stipulate and jointly request that the Case Management Conference presently set for Wednesday, September 26, 2007, at 2:30 p.m. be continued to Wednesday, October 24, at 2:30 p.m. This one-month continuance will allow the parties to finalize the consent decree and lodge it with the Court, which, once approved by the Court, will obviate the need for further case management conferences.

This stipulation may be signed in counterparts.

IT IS SO STIPULATED:

Dated: September 18, 2007

*/s/ Christopher E. Cobey*
CHRISTOPHER E. COBEY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
HAMMON PLATING CORPORATION

Dated: September 18, 2007

*/s/ William R. Rapoport/CEC*
WILLIAM R. RAPOPORT
LAW OFFICES OF WILLIAM R. RAPOPORT
Attorney for Defendant
HAMMON PLATING CORPORATION

Dated: September 18, 2007

CINDY O'HARA
Attorney for Plaintiff EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

2.                                        CASE NO. C06-6140 RS
STIPULATION AND [PROPOSED] ORDER CONTINUING CMC

1  Although the parties have substantially agreed to the terms of the consent decree, including both the monetary and injunctive relief, the parties have not yet finalized the documents to submit to the Court.

The parties, through their counsel of record, hereby stipulate and jointly request that the Case Management Conference presently set for Wednesday, September 26, 2007, at 2:30 p.m. be continued to Wednesday, October 24, at 2:30 p.m. This one-month continuance will allow the parties to finalize the consent decree and lodge it with the Court, which, once approved by the Court, will obviate the need for further case management conferences.

This stipulation may be signed in counterparts.

IT IS SO STIPULATED:

Dated: September 18, 2007

_____
CHRISTOPHER E. COBEY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
HAMMON PLATING CORPORATION

Dated: September 18, 2007

_____
WILLIAM R. RAPOPORT
LAW OFFICES OF WILLIAM R. RAPOPORT
Attorney for Defendant
HAMMON PLATING CORPORATION

Dated: September 18, 2007

_____/s/ Cindy O'Hara_____
CINDY O'HARA
Attorney for Plaintiff EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113 2303
408 998 4150

2.   CASE NO. C06-6140 RS

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC

# ORDER

Based on the foregoing stipulation, IT IS ORDERED that the Case Management Conference presently set for Wednesday, September 26, 2007, at 2:30 p.m. is continued to Wednesday, October 24, 2007, at 2:30 p.m.

Dated: September 19, 2007

_____
THE HONORABLE RICHARD SEEBORG

Firmwide:83118072.1 051714.1001

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

3.

CASE NO. C06-6140 RS

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC